PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE Southern DISTRICT OF TEXAS
### Houston DIVISION

United States Courts
Southern District of Texas
FILED

Katina Rochelle Candrick 39629177

Plaintiff's Name and ID Number

JUN 10 2021

Bryan Federal Prison Camp

Place of Confinement

Nathan Ochsner, Clerk of Court

CASE NO._____

(Clerk will assign the number)

United States of America,
J. Henderson
1100 Ursuline Ave. Bryan Tx 77803

Defendant's Name and Address

M. Laguna ; Captain Salcedo
1100 Ursuline Ave · Bryan Tx 77803

Defendant's Name and Address

Lt. Alcevedo
1100 Ursuline Ave. Bryan Tx 77803

Defendant's Name and Address

( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✔ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned:_____

        6. Disposition: (Was the case dismissed, appealed, still pending?)_____

        7. Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: Bryan Federal Prison Camp, Bryan TX

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Katina Rochelle Candrick; Mailing address: P.O. Box 2149, Bryan TX 77805 ; physical address; 1100 Ursuline Avenue, Bryan TX 77803

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: United States of America

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
A breach of duty that caused Candrick injuries, due to negligence which caused damages

Defendant #2: J. Henderson (RDAP DTS); Bryan Federal Prison Camp; P.O. Box 2197, Bryan TX 77805

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
intentional infliction of emotional distress improper deprivation, discrimination, exclusion from prison programs.

Defendant #3: M. Laguna (RDAP Coordinator) Bryan Federal Prison Camp P.O. Box 2197, Bryan Tx 77805

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
deliberate indifference to and tacit authorization of J. Henderson abuse of proce intentional filing of false & ficticious report, discrimination, improper deprivation.

Defendant #4: Lt. Alcevedo (Lieutenant) Bryan Federal Prison Camp; P.O. Box 2197, Bryan Tx 77805

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Improper deprivation of personal property, negligence, verbal harrassment, embarrasment, humiliatio

Defendant #5: Captain Saucedo Bryan Federal Prison Camp, P.O. Box 2197, Bryan TX 77805

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Subjected to cruel and unusal punishment being placed in the Special Housing Unit ("SHU") to deny me of due process.

3

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 10/5/2020 Lt. Alcevedo, M. Laguna, J. Henderson searched (5) boxes in the FPC Bryan mailroom that was excess property being mailed containing my property in which staff assumed all items belonged to FPC Bryan when in fact it did not, I was not issued a confiscation form or any of my property returned to me as well as postage; M. Laguna & J. Henderson searched my work area "Education library" confiscated my personal property not issuing a confiscation form nor returning any items; J. Henderson stated she retrieved 2 boxes from my cell, in which she confiscated my college textbooks & materials as well as my mother, father & nephew Obituaries that were not returned, the college material prevents me from my secondary education; M. Laguna expulsed me from RDAP; J. Henderson wrote an inaccurate disciplinary report several times and I've been harrassed by Lt. Alcevedo

VI.    RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary damages $250,000.ºº actual damage to compensate for out of pocket expenses and mental suffering; Punitive Damages $40,000.ºº acts done intentionally & maliciously; Injunctive Relief - Released from prison.

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_____

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_____

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?    ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case number: _____

   3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? _____YES ✔ NO

C. Has any court ever warned or notified you that sanctions could be imposed? _____YES ✔ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number:_____

3. Approximate date warning was issued:_____

Executed on: 2-22-21
_____
DATE

_Katina Candrick_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an _in forma pauperis_ lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____22_____ day of __February__ , 20 _21_ .
       (Day)              (month)           (year)

_Katina Candrick_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



Katina Candrick #96291-7-1
FMC Canswell, 2North
P.O. Box 27137
Ft. Worth, Tx 76127

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7020 1290 0000 3665 0041

United States Courts
Southern District of Texas
F I L E D

JUN 10 2021

Nathan Ochsner, Clerk of Court

Southern District of
Houston Division
P.O. Box 61010
Houston, Tx 77